ACCEPTED
14-15-00252-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/25/2015 10:47:54 AM
CHRISTOPHER PRINE
CLERK

# The Law Office of Niles Illich, Ph.D, J.D.
### Niles Illich
701 Commerce, Suite 400
Dallas, Texas 75202
Direct: (972) 802-1788
Email: Niles@appealstx.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

6/25/2015 10:47:54 AM

CHRISTOPHER A. PRINE
Clerk

June 24, 2015

District Clerk
351st Judicial District Court
Harris County
Harris County Criminal Justice Center
1201 Franklin, 14th Floor
Houston, Texas 77002

Re: *State of Texas v. Juan Quintero:* 139066601010

Dear Sir or Madam:

I received the Clerk's Record yesterday and I am writing to request that the Clerk's Record be supplemented. The items listed below were mailed to the clerk in the same envelope. All of these items, except the last one (identified by the Clerk as WEBMAIL), were included in the Clerk's Record filed with the Court of Appeals. I am asking that the WEBMAIL document identified as document number 65251847 be supplemented. Because it will be confusing on appeal to file just the WEBMAIL document in a supplemental record, I am asking that the Supplemental Clerk's Record contain the following five documents. If, however, you are inclined to include only the neglected document, then please make sure that it is the WEBMAIL document identified as document number 65251847.

doc 65251845  FILING OF BUSINESS RECORDS 04/15/2015    1

doc 65251846 BUSINESS RECORDS AFFIDAVIT 04/15/2015   1

doc 65251849 ENVELOPE 04/15/2015   1

doc 65251848 FILING LETTER 04/15/2015 1

doc 65251847 WEBMAIL 04/15/2015 1

I have attached a certified copy of the WEBMAIL document that I am asking to be supplemented.


Sincerely,

/s/ Niles Illich
Niles Illich, Ph.D., J.D.

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Request for Preparation of Clerk's Record was served on this the 24th day of June, 2015 on all parties/attorneys of record listed below by:

**ELECTRONIC SERVICE**
Appellate Division
Harris County District Attorney's Office
1201 Franklin Street
Suite 600
Houston, Texas 77002-1923

/s/ Niles Illich
Niles Illich

Print | Close Window

**Subject:** RE: Cause No. 139066601010; State of Texas v. Juan Jose Quintero
**From:** "Randall, Tramesha (DCA)" <Tramesha_Randall@Justex.net>
**Date:** Tue, Mar 24, 2015 12:24 pm
**To:** "Niles@appealstx.com" <Niles@appealstx.com>

Good afternoon, the available dates are: 4/9/15 & 5/14

Thanks,

*Tramesha R. Randall*
351st District Court Coordinator
Honorable, Mark Kent Ellis Presiding
1201 Franklin St. 14th Floor
Houston, TX 77002
713-755-5620- Phone
713-368-9201- Fax
Tramesha_Randall@Justex.net

**From:** Niles@appealstx.com [mailto:Niles@appealstx.com]
**Sent:** Tuesday, March 24, 2015 2:17 PM
**To:** Randall, Tramesha (DCA)
**Subject:** Cause No. 139066601010; State of Texas v. Juan Jose Quintero

Dear Ms. Randall:

I filed a Motion for New Trial in this case on March 17, 2015. I need to get that Motion set for a hearing. If possible, I would like to have that hearing on a Thursday morning. I am in Dallas and I will travel to Houston for the hearing.

Thank you.

Niles Illich

Copyright © 2003-2015. All rights reserved.

Certified Document Number: 65251847 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   June 24, 2015

Certified Document Number:        65251847 Total Pages:  1

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**